An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LOUIS GOMEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64717

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to modify or correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

In his motion filed on November 6, 2013, appellant claimed that the district court relied on materially untrue facts presented in his presentence investigation report (PSI). Specifically, he claims that the statement that he had eight previous convictions was incorrect because they were juvenile adjudications, and therefore, were not convictions. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Further, appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See id.* We note that the PSI clearly reflected that appellant's prior criminal history

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

14-11561

involved incidents that occurred when he was a juvenile. Therefore, we conclude that the district court did not err in denying appellant's motion, and we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc: Hon. Douglas Smith, District Judge
Louis Gomez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk